IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DeLUCA LIQUOR & WINE, LTD., <br>    Plaintiff | * |
| | * |
|    v. | Civil Action No.: AMD 02-4107 |
| | * |
| ZIM ISRAEL NAV. CO., INC., <br>    Defendant | * |

******

## ORDER

The court file reflecting that service of process has been effected upon the above named defendant and that defendant has not yet filed any response to the Complaint, it is, this 14th day of May, 2003,

ORDERED that plaintiff file and serve on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 15 days of this order.

                                                                                        /s/
                                                       ANDRE M. DAVIS
                                                       UNITED STATES DISTRICT JUDGE