

**Wright, Constable & Skeen, L.L.P.**   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone    410-825-0750
Fax        410-825-0715

www.wcslaw.com

May 16, 2003

**WRITER'S DIRECT DIAL/E-MAIL:**
(410) 659-1306/Jskeen@wcslaw.com

The Honorable Andre M. Davis
United States District Court Judge
Unites Sates District Court for
the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

Re:   Deluca Liquor & Wine, Ltd. v. M/V CHINA, etc. and Zim
      Israel Navigation, Inc.
      Your File No.: CA-0103289
      M/V ZIM CHINA I
      Chubb Reference: 65535/001/FDS
      Our File No.:  00584.59

Dear Judge Davis:

   I am pleased to advise that the parties have reached a full settlement in this case and we would therefore respectfully request that the court enter a standard 30 days settlement order.

   Thank you for your patience in this matter.

                                            Very truly yours,

                                            /s/

                                            James D. Skeen

cc:   Mr. Joseph W. Hirn, III
      Zim-American Israieli Shipping Co., Inc. (CA-0103289)

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia